# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TORCHLIGHT TECHNOLOGIES LLC,<br><br>  *Plaintiff*,<br><br>  v.<br><br>GENERAL MOTORS LLC, GENERAL MOTORS HOLDINGS LLC, and GENERAL MOTORS COMPANY,<br><br>  *Defendants*. | Civil Action No. _____<br><br><br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 Torchlight Technologies, LLC files this disclosure statement and states as follows:

Torchlight Technologies, LLC hereby states that it has no parent corporation, nor does any publicly held company own 10% or more of its stock.

Dated: June 7, 2022

| | |
|---|---|
| OF COUNSEL:<br><br>**BROOKS KUSHMAN P.C.**<br>John Halan<br>1000 Town Center, Twenty-Second Floor<br>Southfield, Michigan 48075<br>Tel.  (248) 358-4400/ Fax:   (248) 358-3351<br>Email: jhalan@brookskushman.com<br>            tlewry@brookskushman.com<br>            sshah@brookskushman.com<br>            resfahani@brookskushman.com | /s/ Kenneth L. Dorsney<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Plaintiff*<br>*Torchlight Technologies, LLC* |