**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TORCHLIGHT TECHNOLOGIES LLC,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | C.A. No. 22-752 (GBW) |
| ) | |
| GENERAL MOTORS LLC, GENERAL  ) | |
| MOTORS HOLDINGS LLC, and GENERAL  ) | |
| MOTORS COMPANY,  ) | |
| ) | |
| Defendants.  ) | |

## UNOPPOSED MOTION TO EXTEND TIME

Plaintiff Torchlight Technologies LLC respectfully moves the Court to extend the deadline for Defendants General Motors LLC, General Motors Holdings LLC, and General Motors Company to answer, move, or otherwise respond to the First Amended Complaint in this action (D.I. 10) to September 30, 2022. Defendants requested this extension from Plaintiff to provide them with additional time to investigate the allegations contained in the First Amended Complaint. Defendants consented to the filing of this motion.

|  | MORRIS JAMES LLP |
|---|---|
| Dated: September 9, 2022 | */s/ Cortlan S. Hitch* |
|  | Kenneth Dorsney (#3726) |
| OF COUNSEL: | Cortlan S. Hitch (#6720) |
|  | 500 Delaware Avenue, Suite 1500 |
| John Halan | Wilmington, DE  19801 |
| Thomas A. Lewry | (302) 888-6800 |
| Sangeeta G. Shah | kdorsney@morrisjames.com |
| Reza Roghani Esfahani | chitch@morrisjames.com |
| BROOKS KUSHMAN P.C. |  |
| 1000 Town Center | *Attorneys for Plaintiff* |
| 22nd Floor | *Torchlight Technologies LLC* |
| Southfield, MI  48075 |  |
| (248) 358-4400 |  |

SO ORDERED this ____ day of _____, 2022.

_____
United States District Court Judge